IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID ELLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-223 |
| ) | (Guyton) |
| BECHTEL JACOBS COMPANY, L.L.C., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned for all proceedings, including entry of judgment, by consent of the parties and by Order of Reference from United States District Judge Leon Jordan. [Doc. 5].

The parties have made a joint oral motion to have this case consolidated with a related action presently pending before this Court captioned <u>David Ellis v. Bechtel Jacobs Company, L.L.C.</u>, 3:04-CV-457 (Guyton). The Court finds this oral motion to be well-taken, and it is **GRANTED**. Accordingly, pursuant to Fed. R. Civ. P. 42(a), these two actions should be consolidated. The Clerk is **DIRECTED** to administer the following two cases, No. 3:04-CV-457 and No. 3:05-CV-223, as consolidated for all future proceedings, including trial on **May 9, 2006**. All dates and deadlines

1

previously set by the Court for case No. 3:04-CV-457 also shall be effective for case No. 3:05-CV-223, with the exception of initial disclosures in case No. 3:05-CV-223, which shall be due on or before **June 17, 2005**.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge