UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


DAVID ELLIS,                              )
                                          )
          Plaintiff,                      )
                                          )
v.                                        )        No. 3:04-CV-457
                                          )        (Guyton)
BECHTEL JACOBS COMPANY, L.L.C.,           )
                                          )
          Defendant.                      )


## MEMORANDUM AND ORDER

The defendant moves for leave to amend its answer. [Doc. 13]. The plaintiff has not

filed any opposition to the defendant's motion. "Failure to respond to a motion may be deemed a

waiver of any opposition to the relief sought." E.D.TN. LR 7.2. Accordingly, for good cause

shown, the defendant's Motion to Amend Answer [Doc. 13] is **GRANTED**. The defendant is

hereby **DIRECTED** to file a restated amended answer with the Court within ten (10) days of this

Order.

**IT IS SO ORDERED.**


**ENTER:**


s/ H. Bruce Guyton
United States Magistrate Judge