# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE, TENNESSEE

**DAVID ELLIS,**

    Plaintiff

vs.

                                          No: 3:04-CV-457
                                          (Guyton)

**BECHTEL JACOBS COMPANY, L.L.C.,**

    Defendant

## ORDER OF COMPROMISE AND DISMISSAL

The parties, having announced to the Court that all matters in controversy have been compromised and settled, it is therefore hereby

**ORDERED, ADJUDGED** and **DECREED** that the plaintiff's action against the defendant be and hereby is dismissed with full prejudice, with each party to bear his/its own costs.

**ENTER:**

                                        s/ H. Bruce Guyton
                                        U.S. MAGISTRATE JUDGE

APPROVED FOR ENTRY:


_____
John D. Agee, Esq. (BPR No: 13694)
**RIDENOUR & RIDENOUR**
108 S. Main Street
P. O. Box 530
Clinton, TN 37717-0530
865-457-0755
Attorney for Plaintiff


_____
Reggie E. Keaton (BPR No: 11021)
**FRANTZ, MCCONNELL & SEYMOUR, LLP**
P.O. Box 39
Knoxville, TN 37901
865-546-9321
Attorney for Defendant

S:\WDOX\CLIENTS\2972\0049405\ORDERS\00277520.DOC

2